FILED

APR 2 0 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

**In The United States District Court**
**For The Western District Of Oklahoma**

| | | |
|---|---|---|
| **MarylinMonae' Porter,** | ) | **Motion To Amend Complaint To Reflect** |
| | ) | **The Proper Defendant's Name** |
| **Plaintiff,** | ) | |
| | ) | **CIV-22-23-R** |
| | ) | |
| **V.** | ) | |
| | ) | |
| | ) | |
| **Joel Mccurdy et.al** | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |

**Motion To Amend Complaint To Reflect The Proper Defendant's Name**

Comes Now The Plaintiff, MarylinMonae' Porter Whom On 03/10/22 Was
Transferred From The Oklahoma State Penitentiary To The Lawton Correctional
Facility. Upon Arrival At The Facilty, The Facility Was And Currently Is Locked
Down, Plaintiff Now Wishes To Have The Complaint Amended To Reflect The
Proper Defendant, Ross Fisher, CMO ( Chief Medical Officer) Pursuant To
Fed.R.Civ.P 15(a). Plaintiff Set Forth Below The Reason's  This Motion  Should
Be Granted:

(1.) The Plaintiff Received Her "Process Receipt And Return" (Form USM-285)
From The US Marshall Indicating That Defendant Joel Mccurdy Whose Position
Was The CMO Departed From ODOC In The Year 2020.

(2.) Upon Further Investigation Plaintiff Was Made Aware That Ross Fisher Was
And Is The CMO At The Time Her US Constitutional Rights Were Violated.

> Wherefore, Plaintiff Asks This Honorable Court To **GRANT** Her **Motion**
> **To Amend Complaint To Reflect The Proper Defendant's Name**, To

Have Ross Fisher Reflected As The Defendant, For This Relief, Plaintiff Does Pray.

Respectfully Submitted This 14th Day Of April 2022.

**Certificate-Of-Mailing**

I, MarylinMonae' Porter Hereby Declare That I Mailed A Copy Of The Foregoing To :

Kari Hawkins-Assistant Attorney General
313 NE 21st
OKC,OK 73105

ON 4-14-22 .

Signature _MarylinMonae' Porter_

MarylinMonae' Porter #744047
LCF/5-D-209
8607 SE Flower Mound Rd.
Lawton,Ok 73501