IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARILYN MONAE PORTER,  )<br>    a/k/a LAMONE M. JOHNSON,  )<br>                                  )<br>        Plaintiff,  )<br>                                  )<br>vs.  )<br>                                  )<br>JOEL MCCURDY, et. al.,  )<br>                                  )<br>       Defendant.  ) | CIV-22-23-R |

## ORDER

Before the Court is Plaintiff's Motion to Amend Complaint to Reflect the Proper Defendant's Name. Doc. No. 22. Pursuant to Federal Rule of Civil Procedure 15(a)(1), as no party has filed a responsive pleading, Plaintiff may amend her pleading once as a matter of right, without leave of court. Plaintiff should be aware that an amended complaint supersedes her original complaint, *see Thundathil v. Sessions*, 709 F. App'x 880, 884 (10th Cir. 2017), and therefore, should be sufficient, standing alone, to support her asserted claims. *See Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007) (explaining that "an amended complaint super[s]edes an original complaint and renders the original complaint without legal effect" (quotations omitted)).

Accordingly, Plaintiff's Motion to Amend Complaint to Reflect the Proper Defendant's Name (Doc. No. 22) is GRANTED. Plaintiff shall file her Amended Complaint no later than May 13, 2022.

Dated this  22nd  day of April, 2022.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE