THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAMONE M. JOHNSON, a/k/a Marylin Monae Porter, <br><br> Plaintiff, <br><br> v. <br><br> JOEL MCCURDY, ET AL., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) )  CIV-22-23-R |

## ORDER

Before the Court is the Supplemental Report and Recommendation issued by Magistrate Judge Gary M. Purcell, wherein he recommends that Plaintiff's Motion for Temporary Restraining Order be denied. (Doc. No. 53). Plaintiff did not file an objection to the Report and Recommendation and accordingly it is hereby ADOPTED. Plaintiff, apparently in lieu of filing an objection filed a "Motion for Permission to Leave to File Amended Motion" (Doc. No. 61). That motion is hereby GRANTED and the Court accepts the attached motion as filed. (Doc. No. 62). The Court hereby refers the Amended Motion to Judge Purcell for consideration.[1]

**IT IS SO ORDERED** this 31st day of August 2022.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] Consideration of the motion is complicated by the Court's Order issued this same date in which it granted the Motion to Dismiss of the Utilization Review Committee and granted Plaintiff leave to file an Amended Complaint to name the current Chief Medical Officer and the Doe members of the Utilization Review Committee.